**FEDERAL PUBLIC DEFENDER**
**DISTRICT OF NEW JERSEY**

**RICHARD COUGHLIN**
FEDERAL PUBLIC DEFENDER

22 South Clinton Avenue
Station Plaza 4, 4th Floor
Trenton, New Jersey 08609

(609) 989-2160  Telephone
(609) 989-2153  Facsimile

**CHESTER M. KELLER**
FIRST ASSISTANT

August 14, 2021

Honorable Tonianne J. Bondiovanni
United States Magistrate Judge
Clarkson S. Fisher Courthouse
Trenton, New Jersey  08609

*Via Email and ECF*

United States v. Darrell Hall
Crim. No. 21-421(AET)

Dear Judge Bongiovanni,

On May 25, 2021 Your Honor appointed me as counsel for the defendant, Darrell Hall. It is respectfully requested that new counsel be appointed.

Irreconcilable differences have manifested themselves and the attorney-client relationship is unsalvageable at this point. Mr. Hall is requesting new counsel to be appointed. I am hereby moving to be relieved as counsel.

Thank you for your consideration.

s/ Brian P. Reilly
Assistant Federal Public Defender

GRANTED
CJA counsel to be appointed

So Ordered this 16ᵗʰ day
of August, 2021.

cc: Darrell Hall
    Eric R. Suggs, AUSA